**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

ROSCOE RHODES,                          *
                                        *
        Plaintiff,                      *
                                        *
        v.                              *            CV 118-219
                                        *
CORRECTIONAL MEDICAL GROUP              *
COMPANIES, et al.,                      *
                                        *
        Defendants.                     *
                                        *

────────────────

**O R D E R**

────────────────

Before the Court is Plaintiff's Consent Dismissal of Correctional Medical Group Companies. (Doc. 99.) Every party has consented to the dismissal of this Defendant. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Correctional Medical Group Companies are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant Correctional Medical Group Companies from the case. Plaintiff's claims against the remaining Defendants shall proceed in due course.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA