IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROSCOE RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-219 |
| | ) | |
| CORRECT CARE SOLUTIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants Augusta Richmond County and Hardie Davis filed a Motion to Dismiss Plaintiff's Amended Complaint on May 1, 2019, (doc. no. 86), and requested a stay of discovery pending the Court's ruling, which the Court granted, (doc. nos. 95, 96). The Court instructed the remaining parties to "confer and submit a second joint Rule 26(f) Report, with proposed case deadlines, within seven days" of the resolution of the motion to dismiss. (Id.) On December 10, 2019, the presiding District Judge granted Defendants Augusta Richmond County and Hardie Davis's motion to dismiss. (Doc. no. 103.)

More than seven days have passed since the presiding District Judge's ruling, but the parties have not submitted a second joint Rule 26(f) Report, with proposed case deadlines. Accordingly, the Court **ORDERS** the parties to conduct a conference and file a joint 26(f) Report on or before January 8, 2020. The Court **DIRECTS** the **CLERK** to attach the

standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 30th day of December, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA