IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DIANE RHODES, Temporary  \*
Administrator for the Estate  \*
of Roscoe Rhodes,  \*
\*
    Plaintiff,  \*
\*
    v.  \*  CV 118-219
\*
CORRECT CARE SOLUTIONS, LLC,  \*
et al.,  \*
\*
    Defendants.  \*

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 118.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this _10th_ day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA